1  MAYER BROWN LLP
   ARCHIS A. PARASHARAMI (SBN 321661)
2  *aparasharami@mayerbrown.com*
   1999 K Street, N.W.
3  Washington, DC  20006-1101
   Telephone:  (202) 263-3000
4  Facsimile:  (202) 263-3300

5
   Attorney for Defendant
6  AT&T MOBILITY LLC

7

8              **UNITED STATES DISTRICT COURT**

9             **EASTERN DISTRICT OF CALIFORNIA**

10

11

12  CASEY JARRAT, individually and on behalf         Case No. 2:21-cv-01298-MCE-KJN
    of all others similarly situated,
13                                                   **ORDER GRANTING STIPULATION
                    Plaintiff,                       FOR EXTENSION OF TIME TO
14                                                   RESPOND TO COMPLAINT**
    vs.
15                                                   Assigned to Hon. Morrison C. England
    AT&T MOBILITY LLC,
16                                                   Action Filed:  June 8, 2021
                    Defendant.                       Removal Date:  July 22, 2021
17

18

19

20

21

22

23

24

25

26

27

28

                                                                              ORDER;
                                                          CASE NO. 2:21-CV-01298-MCE-KJN

1    **WHEREAS**, the Court, having considered the Parties' Stipulation for an Extension of Time

2  to Respond to Complaint ("Stipulation"), as well as the record and proceedings to date in the above-

3  captioned action,

4    **IT IS HEREBY ORDERED** that the Stipulation is **GRANTED**.

5    **IT IS HEREBY FURTHER ORDERED** that Defendant's deadline to substantively

6  respond to the complaint shall be extended to 21 days after the date any order from the Court

7  denying Defendant's forthcoming motion to compel arbitration is electronically filed.

8    IT IS SO ORDERED.

9  Dated:  August 19, 2021

10

11  MORRISON C. ENGLAND, JR
   SENIOR UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 1 -