MAYER BROWN LLP
ARCHIS A. PARASHARAMI (SBN 321661)
*aparasharami@mayerbrown.com*
1999 K Street, N.W.
Washington, DC  20006-1101
Telephone:  (202) 263-3000
Facsimile:   (202) 263-3300

Attorney for Defendant
AT&T MOBILITY LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASEY JARRAT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AT&T MOBILITY LLC,<br><br>Defendant. | Case No. 2:21-cv-01298-MCE-KJN<br><br>**ORDER GRANTING PRO HAC VICE APPLICATION OF MEREDITH C. SLAWE**<br><br>Assigned to Hon. Morrison C. England. Jr. |

The Pro Hac Vice Application of Meredith C. Slawe (ECF No. 7) is APPROVED. The Pro Hac Vice Attorney is hereby directed to request filing access through PACER.

IT IS SO ORDERED.

Dated:  August 27, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE