MAYER BROWN LLP
ARCHIS A. PARASHARAMI (SBN 321661)
*aparasharami@mayerbrown.com*
1999 K Street, N.W.
Washington, DC  20006-1101
Telephone: (202) 263-3000
Facsimile:  (202) 263-3300

Attorney for Defendant
AT&T MOBILITY LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASEY JARRAT, individually and on behalf of all others similarly situated,<br><br>           Plaintiff,<br><br>vs.<br><br>AT&T MOBILITY LLC,<br><br>           Defendant. | Case No. 2:21-cv-01298-MCE-KJN<br><br>**ORDER APPROVING STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>Assigned to Hon. Morrison C. England<br><br>Action Filed:  June 8, 2021<br>Removal Date:  July 22, 2021 |

1. **WHEREAS**, the Court, having considered the Parties' Stipulation for an Extension of Time to Respond to Complaint ("Stipulation"), as well as the record and proceedings to date in the above captioned action,

   **IT IS HEREBY ORDERED** that the Stipulation is **GRANTED**.

   **IT IS HEREBY FURTHER ORDERED** that Defendant's deadline to file its motion to compel arbitration shall be extended 14 days, to and including September 9, 2021.

   **IT IS SO ORDERED**.

Dated:  August 30, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE